# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDMUND HO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES DZURENDA; et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-00189-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Edmund Ho, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

1  The Parties have resolved this matter in its entirety, the terms of the agreement have been
2  satisfied, and the parties agree that the Court may accordingly close the case, with
3  prejudice. Any outstanding deadlines are considered moot.

5  DATED this 18th day of March, 2025.            DATED this 18th day of March, 2025

                                                 AARON D. FORD
                                                 Attorney General

   By: _____                  By: /s/ *Leo T. Hendges*
   Edmund Ho #89285                              LEO T. HENDGES (Bar No. 16034)
   Plaintiff                                     Senior Deputy Attorney General
                                                 *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

DATED: March 25, 2025